IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WC 56 EAST AVENUE LLC., | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | 1:20-CV-1037-RP |
| | § | |
| U.S. REAL ESTATE CREDIT | § | |
| HOLDINGS III-A, LP, PENNYBACKER | § | |
| CAPITAL MANAGEMENT, LLC, and | § | |
| 56 EAST AVENUE, LP, | § | |
| | § | |
| Appellees. | § | |

## ORDER

On February 23, 2021, the parties dismissed the above-captioned appeal with prejudice by joint motion pursuant to Federal Rule of Bankruptcy Procedure 8023. (Dkt. 6). Under Rule 8023, the district court must dismiss a bankruptcy appeal when "the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due." Fed. R. Bankr. P. 8023. In their motion, the parties indicate that "[a]ll costs and fees due have been paid to the District Court for the Western District of Texas." (Dkt. 6, at 1).

Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**IT IS FURTHER ORDERED** that all pending motions are **DISMISSED AS MOOT**.

**SIGNED** on February 24, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1